**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Howard Cohan
                        Plaintiff,

v.                                                       Case No.: 1:20−cv−03029
                                                           Honorable Harry D. Leinenweber

Chipotle Mexican Grill, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 8, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: A STIPULATION of Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) having been filed, this case is hereby closed. Civil case terminated. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.